THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JORDAN D. RICH,<br>Plaintiff,<br>v.<br>JAMES M. WINDER, et al.,<br>Defendants. | **MEMORANDUM DECISION AND ORDER REVOKING PLAINTIFF'S ELECTRONIC FILING RIGHTS**<br><br>Case No. 2:14-CV-469 TS<br>District Judge Ted Stewart |

On August 17, 2016, all claims in this matter were dismissed with prejudice pursuant to the parties' stipulated dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). On February 16, 2026, Plaintiff Jordan D. Rich, appearing pro se, filed a "Notice of Intent to Vacate Judgment and Reopen Case," which stated Plaintiff "will shortly file a Motion to Vacate Judgment" under Federal Rule of Civil Procedure 60(d)(d) for Defendants' purported "'Fraud upon the Court' committed by the Defendant and their counsel during the discovery phase of the original litigation."[1]

On August 15, 2026, Mr. Rich filed a document entitled "Declaration of War," naming "The Nation of America, a conglomeration of God-loving Free People" as the plaintiff and "the united states of america[,] A Vassal Slave Nation of Eurasia," as the defendant.[2] The document bears no relation to the above-named action and states no cognizable cause of action. Instead, it states it is brought by "the prophet" to "declare the will of God" and concludes, "It is hereby

[1] Docket No. 45, at 1.

[2] Docket No. 47, at 1.

ordered that the European citizen who goes by the name of Donald Trump, and his son, Barron Trump, offspring of a hooker, shall be killed."[3]

The Court has since learned that Mr. Rich has sent a number of abusive email messages to the Clerk's Office in correspondence related to his email filings. For example, on August 15, 2026, he sent a message stating, "Fucking white trash lowlifes," in response to an email notifying Mr. Rich that his filing was received and explaining email filing requirements. On October 22, 2026, Mr. Rich replied, "Bullshit. File the fucking documents you criminals" in response to an email stating that the Court records did not show that Mr. Rich was registered for email filings.

The next day, Mr. Rich sent two separate messages which stated in part, "My status as an unrepresented party does not bear on any matter before this court. I want you to cease and desist. I [sic] more trained than anyone in your fucking courthouse." And "I want answers on how you fucking criminals got control over the courts. You are not a real judiciary, you're a group of fucking frauds."

Local Rule DUCivR 5-1(b)(2)(A)(vii) states as follows:

> The court may, on its own . . . , revoke an unrepresented party's ability to file by email and/or receive electronic notice after a determination that the privilege has been abused. . . . Examples of circumstances when a party abuses the privilege include repeatedly submitting: (a) nonconforming documents or exhibits to the clerk for filing; (b) incomplete documents to avoid missing a deadline; (c) documents that needlessly complicate the proceedings or harass the court, the clerk, or the opposing party; or (d) documents containing viruses, worms, ransomware, spyware, malware, or other files compromising the security of the court's computer systems.

---

[3] *Id.* at 5.

In reviewing Mr. Rich's abusive emails and "declaration of war" filing, the Court finds that Mr. Rich has abused his email filings and, accordingly, hereby revokes his email filing and electronic notification privileges.

DATED this 4th day of November, 2026.

BY THE COURT:

JUDGE TED STEWART
United States District Court